# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AARON HILL, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00165 |
| | § | |
| THREE L. INC., | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

This Notice is being filed to advise the Court that the parties have confidentially settled this case and thus no further filings are anticipated aside from a forthcoming dismissal request after the parties fully execute a settlement agreement. Thus, a request is respectfully made to take all set hearing dates off the calendar .

DATED: May 1, 2025                    Respectfully submitted,

CHRISTIANATTAR

*/s/ James W. Christian*
James W. Christian
S.D.T.X. Bar No. 14514
State Bar No.: 04228700
jchristian@christianattarlaw.com
Onyinyechi Ibe
S.D.T.X. Bar No.: 3878512
State Bar No.: 24137968
oibe@christianattarlaw.com
1177 West Loop South, Suite 1700
Houston, Texas 77027
(713) 659-7617 telephone
**ATTORNEYS FOR DEFENDANT THREE L, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 1, 2025.

                                                                   /s/ *James W. Christian*
                                                                   James W. Christian