UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AARON HILL, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00165 |
| | § | |
| THREE L. INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties have announced to the Court that all matters in dispute and controversy have settled. (D.E. 43). Therefore, the Court **ORDERS** the parties to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with this Court **on or before May 5, 2025.** The stipulation should be signed by all parties who have appeared. Should the parties fail to timely file such stipulation, the Court **ORDERS** the parties to appear before the undersigned on **May 14, 2025, at 11:00 a.m.** to explain why they have failed to comply with this Order.[1] The Court **CANCELS** all current settings before the Court and **DENIES** any pending motions **as mooted** by the settlement announced in this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
      May 1, 2025

---

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679